## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, CESAR QUISPE, declare:

I am over 18 years of age and a party to this action. I am a resident of PELICAN BAY STATE PRISON Prison, in the county of DEL NORTE, State of California. My prison address is: P.O. BOX 7500, CRESCENT CITY, CA 95532.

On 02-07-08 (DATE)

I served the attached: FEDERAL HABEAS PETITION

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

STATE OF CALIFORNIA ATTORNEY GENERAL OFFICE
455 GOLDEN GATE AVE., SAN FRANCISCO, CALIFORNIA
94102-3660

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 02-07-08 (DATE)   _____ (DECLARANT'S SIGNATURE)

FILED FEB 22 2008

CV 08 1095 TEH (PR)