ORIGINAL

FILED

FEB 2 2008

CLERK U S
NORTHERN DISTRICT OF CALIFORNIA
COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|   |   |
|---|---|
| Plaintiff, | CV 08 1095 CASE NO. |
| vs. | **PRISONER'S** **APPLICATION TO PROCEED** **IN FORMA PAUPERIS** |
| Defendant. | |

TEH

(PR)

I, _Cesar Quispe_, declare, under penalty of perjury that I am the plaintiff in

the above entitled case and that the information I offer throughout this application is true and correct.

I offer this application in support of my request to proceed without being required to prepay the full

amount of fees, costs or give security. I state that because of my poverty I am unable to pay the

costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?    Yes _____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name

and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No.___ _____              - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of

2  employment prior to imprisonment.)

3  _____

4  _____

5  _____

6  2.    Have you received, within the past twelve (12) months, any money from any of the following

7  sources:

8      a.    Business, Profession or                        Yes ____ No ____

9            self employment

10     b.    Income from stocks, bonds,                 Yes ____ No ____

11           or royalties?

12     c.    Rent payments?                               Yes ____ No ____

13     d.    Pensions, annuities, or                     Yes ____ No ____

14           life insurance payments?

15     e.    Federal or State welfare payments,         Yes ____ No ____

16           Social Security or other govern-

17           ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount

19  received from each.

20  _____

21  _____

22  3.    Are you married?                               Yes ____ No ____

23  Spouse's Full Name: _____

24  Spouse's Place of Employment: _____

25  Spouse's Monthly Salary, Wages or Income:

26  Gross $_____  Net $_____

27  4.    a.    List amount you contribute to your spouse's support : $ _____

28        b.    List the persons other than your spouse who are dependent upon you for support
      PRIS. APPLIC. TO PROC. IN FORMA

1    and indicate how much you contribute toward their support. (NOTE: For minor

2    children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

3    _____

4    _____

5    5.    Do you own or are you buying a home?                    Yes ____ No ____

6    Estimated Market Value: $_____ Amount of Mortgage: $_____

7    6.    Do you own an automobile?                              Yes ____ No ____

8    Make _____ Year _____ Model _____

9    Is it financed? Yes _____ No _____ If so, Total due: $ _____

10   Monthly Payment: $ _____

11   7.    Do you have a bank account?  Yes ____ No ____ (Do not include account numbers.)

12   Name(s) and address(es) of bank: _____

13   _____

14   Present balance(s): $ _____

15   Do you own any cash?  Yes ____ No ____ Amount: $ _____

16   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

17   market value.)  Yes ____ No ____

18   _Approximately $ 25.00 in Prison inmate Account_

19   8.    What are your monthly expenses?

20   Rent: $ _____ /nmate          Utilities: N/A

21   Food: $ _____ /nmate          Clothing: N/A

22   Charge Accounts:

23   Name of Account          Monthly Payment                Total Owed on This Acct.

24   _____    $ _____          $ _____

25   _____    $ _____          $ _____

26   _____    $ _____          $ _____

27   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

28   they are payable. Do not include account numbers.)
PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____                        - 3 -

10.    Does the complaint which you are seeking to file raise claims that have been presented in

other lawsuits?                                          Yes ___ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the

initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand

that a false statement herein may result in the dismissal of my claims.

22.07.08

_____
DATE

_____
SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No.___ _____                    - 4 -

1

2                          **Case Number:** _____ _____ _____ _____

3

4

5

6

7

8

9                         **CERTIFICATE OF FUNDS**

10                                  **IN**

11                         **PRISONER'S ACCOUNT**

12

13         I certify that attached hereto is a true and correct copy of the prisoner's trust account

14 statement showing transactions of _____ for the last six months at

15                            [prisoner name]

16 _____ where (s)he is confined.

17              [name of institution]

18         I further certify that the average deposits each month to this prisoner's account for the most

19 recent 6-month period were $ _____ and the average balance in the prisoner's account

20 each month for the most recent 6-month period was $_____.

21

22 Dated:_____                _____

23                        [Authorized officer of the institution]

24

25        Will Send To the Court

26                  I/m Accounts

27      As Soon As

28 As       Certified Balance .

     Provides