FILED

06 MAR 20 PM 2:27

...U.S. DISTRICT COURT
...ERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CESAR H. QUISPE, Plaintiff,

vs.

R. A. HOSTEL, Defendant.

CASE NO. CV 08 1095 TEH (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, __QUISPE, CESAR__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____NONE_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ NONE _____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                    Yes ____ No  X
10         self employment
11    b.   Income from stocks, bonds,                 Yes ____ No  X
12         or royalties?
13    c.   Rent payments?                             Yes ____ No  X
14    d.   Pensions, annuities, or                    Yes ____ No  X
15         life insurance payments?
16    e.   Federal or State welfare payments,         Yes ____ No  X
17         Social Security or other govern-
18         ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____ NONE _____
22 _____
23 3.   Are you married?                              Yes ____ No  X
24 Spouse's Full Name: _____ NONE _____
25 Spouse's Place of Employment: _____ NONE _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ NONE _____ Net $ __ NONE __
28 4.   a.   List amount you contribute to your spouse's support:$ ___ NONE

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  _____ NONE _____
6  _____
7  5. Do you own or are you buying a home?        Yes ___ No X
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?                    Yes ___ No X
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ___ No ___ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7. Do you have a bank account? Yes ___ No X (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____ NONE _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ___ No X Amount: $ _____ NONE _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No X
20  _____ NONE _____
21  8. What are your monthly expenses?
22  Rent: $ _____ NONE _____   Utilities: _____ NONE _____
23  Food: $ _____ NONE _____   Clothing: _____ NONE _____
24  Charge Accounts:
25  Name of Account           Monthly Payment          Total Owed on This Acct.
26  _____ NONE _____   $ _____ NONE _____   $ _____ NONE _____
27  _____ $ _____ $ _____
28  _____ $ _____ $ _____

1 | 9.  Do you have any other debts? (List current obligations, indicating amounts and to
2 | whom they are payable. Do not include account numbers.)
3 | _____NONE_____
4 | _____
5 | 10. Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits? Yes ___ No _X_
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____NONE_____
10 | _____
11 |     I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |     I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

16 | 03-16-08                                    /s/ [signature]
17 | DATE                                        SIGNATURE OF APPLICANT

Case Number: CV 08 1095

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Cesar Agusto Quispe  V26598</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.00</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.00</u>.     (20%= $0.00)

Dated: 3/12/08

_____
Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
REPORT ID: TS3030   .701                                              REPORT DATE: 03/10/08
                                                                      PAGE NO:            1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                                PELICAN BAY STATE PRISON
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 10, 2008

ACCOUNT NUMBER  : V26598                         BED/CELL NUMBER: BF07U 000000232L
ACCOUNT NAME    : QUISPE, CESAR AGUSTO           ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

      * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
      * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


      << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

 BEGINNING        TOTAL          TOTAL         CURRENT         HOLDS        TRANSACTIONS
  BALANCE        DEPOSITS      WITHDRAWALS     BALANCE        BALANCE       TO BE POSTED
 ---------      ---------      -----------    ---------      ---------      ------------
      0.00           0.00             0.00         0.00           0.00              0.00
```

CURRENT
AVAILABLE
BALANCE
---------------
0.00
---------------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _J. Kleppin_
   TRUST OFFICE